IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 12cr112

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CARLOS CRUZ. ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss (#20). Having carefully considered the motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#20) is **GRANTED,** and the charges contained in the above captioned matter by way of Indictment are **DISMISSED** without prejudice.

Signed: August 13, 2012

Max O. Cogburn Jr.
United States District Judge